# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

### DOCKETING STATEMENT

**Case Number:** 26-144

**Short Case Caption:** In re United States

**Filing Party** Petitioner

---

**Instructions.** Complete each section or check the box if a section is intentionally blank or not applicable. Attach additional pages as needed. An amended docketing statement is required for each new appeal or cross-appeal consolidated after the first filing.

---

Issues to be raised on appeal:

Whether the Court of International Trade's order requiring the Commissioner of U.S. Customs and Border Protection (CBP) to testify at a hearing on June 9 warrants mandamus.

Relief awarded below (if damages, specify):   ☐ None/Not Applicable

An order compelling the Commissioner to testify.

Briefly describe the judgment/order appealed from:

This is a mandamus petition rather than an appeal, but it concerns the CIT's order compelling testimony from the Commissioner.

| Nature of Judgment (select one:) | Date of Judgment: 5/27/2026 |
|---|---|

☐ Final Judgment, 28 USC § 1295
☐ Rule 54(b)
☒ Interlocutory Order (specify type) <u>compelling testimony</u>
☐ Other (explain) _____

Date: 06/03/2026

Signature: SOPHIA SHAMS  Digitally signed by SOPHIA SHAMS
Date: 2026.06.03 11:11:48 -04'00'

Name: Sophia Shams