

**U.S. Department of Justice**

Civil Division, Appellate Staff

950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 305-1754

June 5, 2026

**Via CM/ECF**

Jarrett B. Perlow, Clerk of Court
U.S. Court of Appeals for the Federal Circuit
717 Madison Place NW
Washington, D.C. 20439

      RE:   *In re United States*, No. 2026-144

Dear Mr. Perlow:

On June 2, 2026, the government filed a petition for a writ of mandamus to block an order of the Court of International Trade (CIT) compelling the live testimony of U.S. Customs and Border Protection (CBP) Commissioner Rodney S. Scott. Yesterday, this Court stayed the CIT's order. Shortly thereafter, "[u]pon consideration of the Federal Circuit's stay order," the CIT *sua sponte* reconsidered its order compelling the Commissioner's testimony. *V.O.S. Selections, Inc. v. United States*, No. 25-00066, 2026 Ct. Intl. Trade LEXIS 67, at *1 (Ct. Int'l Trade June 4, 2026). The CIT has amended its prior order "to allow either of the two officials proposed in the Government's motion to testify in person, in Commissioner Scott's stead, at the hearing on June 9, 2026." *Id.* The government today informed the CIT that CBP Executive Assistant Commissioner Susan S. Thomas will testify in the Commissioner's stead.

Because the CIT has granted the relief that the mandamus petition sought, and in reliance on that CIT order, the government respectfully withdraws its petition.

Sincerely,

BRETT A. SHUMATE
   *Assistant Attorney General*

ERIC D. MCARTHUR
   *Deputy Assistant Attorney General*

BRAD HINSHELWOOD
DANIEL WINIK
SOPHIA SHAMS

*/s/ Douglas C. Dreier*
DOUGLAS C. DREIER
   *Attorneys, Appellate Staff*
   *Civil Division, Room 7264*
   *U.S. Department of Justice*
   *950 Pennsylvania Avenue NW*
   *Washington, DC 20530*

cc:   All counsel (via CM/ECF and email)

2